### IN

# THE SUPREME COURT

#### OF

## THE STATE OF MISSOURI,

### AUGUST TERM, 1868, AT ST. JOSEPH.

———+—⋄—◇———

ISAAC COKER, Respondent, *v.* ALEXANDER SCOTT *et al.*, Appel-
lants.

1. *Appeal, failure to prosecute.*—When no steps are taken to prosecute an
appeal, the judgment of the court below will, on motion, be affirmed.

*Appeal from Fourth District Court.*

*J. F. Asper,* for respondent.

WAGNER, Judge, delivered the opinion of the court.

The record in this case shows that an appeal was prayed for
and allowed in the Fourth District Court on the — day of
January, 1868, but that no steps have been taken to prosecute
said appeal on behalf of the appellants. The respondent now
produces in this court a perfect transcript of the record, and moves
the court for an affirmance of the judgment.

The motion will be sustained and the judgment affirmed. Judge
Fagg concurs.